**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED
APR 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | CRIMINAL NO. 08-111 |
| **ROBERT E. COUGHLIN II,** | : | (Conflict of Interest, 18 U.S.C. §§ 208 & 216(a)(2)) |
| | : | |

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this 22 $^{ND}$ day of April, 2008 ORDERED:

3. That if the defendant is released on bond that he be accompanied on Wednesday, April 23, 2008 by Special Agent Jason Higley, United States Department of Justice to the Central Cell Block of the Metropolitan Police Department and the United States Marshal Service for "routine processing," and that this be a condition of being released on bond;

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of Special Agent Jason Higley, United States Department of Justice for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

*[signature]*
**Judge Ellen S. Huvelle**