AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____COLUMBIA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ROBERT E. COUGHLIN II | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER: 08-111 |

**FILED**

APR 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, __Robert E. Coughlin II_____, the above named defendant, who is accused of

Conflict of interest, 18 USC Sections 208 and 216(a)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____4/22/2008_____ prosecution by indictment and consent that the pro-
                                    *Date*
ceeding may be by information rather than by indictment.

*[Signature]*
Robert E. Coughlin II, Defendant

*[Signature]*
Joshua G. Bermen, Counsel for Defendant

Before  *[Signature]*
        Judge Ellen S. Huvelle
        *United States District Court*